**92–1041.** Donahue v. Nationwide Life Ins. Co. *Wood County*, No. 91–WD–057. Cause dismissed on appellant's application for dismissal.

### Wednesday, June 17, 1992
## JURISDICTIONAL MOTIONS OVERRULED

**92–358.** Sites v. Proctor & Gamble Mfg. Co. *Allen County*, No. 1–91–25.
H. BROWN, J., dissents.
John W. McCormac, J., of the Tenth Appellate District, sitting for MOYER, C.J.
John C. Young, J., of the Tenth Appellate District, sitting for WRIGHT, J.
Peggy Bryant, J., of the Tenth Appellate District, sitting for RESNICK, J.

## MISCELLANEOUS DISMISSALS

**92–534.** Wilson's Auto Serv., Inc. v. O'Brien. *Franklin County*, No. 91AP–1085. *Sua sponte*, cause dismissed for want of prosecution, effective June 16, 1992.

**92–894.** Redfield v. Mt. Sinai Med. Ctr. *Cuyahoga County*, Nos. 59275 and 59292. *Sua sponte*, cause dismissed for want of prosecution, effective June 16, 1992.

**92–921.** Jones v. Jones. *Cuyahoga County*, No. 62720. *Sua sponte*, cause dismissed for want of prosecution, effective June 16, 1992.

**92–925.** Sajewich v. St. Elizabeth Hosp. Med. Ctr. *Mahoning County*, No. 91 C.A. 22. *Sua sponte*, cause dismissed for want of prosecution, effective June 16, 1992.

### Thursday, June 18, 1992
## MERIT DOCKET

**90–2332.** State ex rel. Hadlock v. Bonanno. In Mandamus. On response to show cause order and on motion for summary judgment. *Sua sponte*, cause dismissed.
MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.
HOLMES and WRIGHT, JJ., would grant the motion for summary judgment.

**92–1104.** State ex rel. Henderson v. Lake Cty. Bd. of Elections. In Mandamus. On motion for alternative writ. *Sua sponte*, cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**86–193.** State v. Steffen. *Hamilton County*, No. C–830445. On motion for stay. Motion denied.
H. BROWN, J., dissents.

**91–199.** State v. Wyant. *Delaware County*, No. 90–CA–2. On motion for leave to file post-argument authorities. Motion granted.
MOYER, C.J., and DOUGLAS, J., dissent.

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co. *Summit County*, No. 14597. On motion to file post-argument authorities. Motion granted.
MOYER, C.J., and DOUGLAS, J., dissent.

**91–1211.** State v. VanGundy. *Franklin County*, Nos. 90AP–473, 90AP–474, 90AP–475 and 90AP–477. On motion for leave to file post-argument authorities. Motion granted.
MOYER, C.J., and DOUGLAS, J., dissent.
SWEENEY, J., not participating.